**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jacqui Ferderer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| State of North Dakota and Leo Reinbold, in his individual and official capacity, | ) ) | |
| | ) | Case No. A1-05-019 |
| Defendants. | ) | |

_____

On December 19, 2005, the Plaintiff and Defendant Leo Reinbold filed a Stipulation for Dismissal as to Defendant Leo Reinbold. The court **ADOPTS** the parties Stipulation (Docket No. 21). The Plaintiff's and Defendant Reinbold's claims against each other are **DISMISSED** with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge